AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sotomayor, Sonia | US Court of Appeals Second Circuit | 5/6/08 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US Circuit Judge | ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ____ Final | 1/1/07 - 12/31/07 |
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street, Room 610 <br> New York, NY 10007 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

**NONE** (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer-In-Law | Columbia Law School |
| 2. | Adjunct Professor | New York Law School |
| 3. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

X **NONE** (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

**NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| 1. | Present | Lecturer-In-Law Columbia Law School | $ 10,000.00 |
| 2. | 2007 | Adjunct Professor New York Law School | $ 14,780.00 |
| 3. | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

X **NONE** (No reportable non-investment income.)

| | |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2008 MAY 12 A 11:09 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

**NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | Univ. Of PR | 1/9 - 1/13/2007 | San Juan, PR | Visiting Professor 2007 Winter Term | Travel, lodging and meals. |
| 2. | Federal Judicial Center | 2/14- 2/16/2007 | Washington, DC | Roundtable - Effective Uses of IT for Judges | Travel, lodging and meals. |
| 3. | Northeastern University | 5/25/07 | Boston, MA | To receive Honorary Doctor of Law Degree | Travel, meals. |
| 4. | Court Admin. And Case | 6/18 - 6/21/2007 | Orcas Island. Orcas, WA | CACM June 2007 Committee Meeting | Travel, lodging and meals. |
| 5. | Court Admin. And Case Mgmt. | 11.13 - 11/14/200 | Washington, DC | CACM November 2007 Committee Meeting | Travel, lodging and meals. |
| 6. | Pepperdine University | 3/15 - 3/17/2007 | Malibu, CA | Byrne Judicial Clerkship Institute | Travel, meals. |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

X    **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VAL |
|---|---|---|---|
| 1. | | 555 | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

**NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CO |
|---|---|---|---|
| 1. | American Express | Retail Credit Card | J |
| 2. | Discover | Retail Credit Card | J |
| 3. | Visa | Retail Credit Card | J |
| 4. | Master Card | Retail Credit Card | J |
| 5. | | | |

*Value Codes:
J=$15,000 or less
K=$15,001-$50.000
L=$50,001-$100,000
M=$100,001-$250,000
N=$250,001-$500,000
O=$500,001-$1,000,000
P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000
P3=$25,000.001-50,000,000
P4=$50,000,001 or more

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Citibank, N,.A. Savings | A | Interest | L | T | | | | | |
| 2  Citibank, N.A. Checking | A | Interest | J | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544